

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2015

No. 04-14-00358-CV

Juanita **SPRUTE**, M.D. and Jefferson Family Practice Associates,
Appellants

v.

Arnold L. **LEVEY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02406
Honorable Larry Noll, Judge Presiding

## O R D E R

The Appellants and Cross-Appellee's First Motion for Extension of Time to File Briefs is GRANTED. The appellants reply brief is due on March 3, 2015 and the cross-appellee brief is due on March 13, 2015.

_Rebeca C. Martinez_
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court